UNITED STATES DISTRICT COURT
FOR THE
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. |
| | § | |
| $14,817.00 IN U.S. CURRENCY, | § | |
| Defendant | § | |

## VERIFIED COMPLAINT FOR FORFEITURE IN REM

United States of America, Plaintiff, files this action for forfeiture against approximately $14,817.00 in United States currency, Defendant in rem, and alleges the following.

*Nature of the Action*

1. This is an action to forfeit property to the United States pursuant to 31 U.S.C. §5317(c)(2).

*Defendant in Rem*

2. Defendant in rem is approximately $14,817.00 in United States currency that was seized at the George Bush Intercontinental Airport in Houston, Texas, from Mehwish Adhi on February 27, 2010.

*Jurisdiction and Venue*

3. This Court has jurisdiction under 28 U.S.C. §1355 because this is an action for forfeiture.

4. Venue is proper in this Court under 28 U.S.C. §§ 1355 and 1395(a) and (b) because the acts or omissions giving rise to the forfeiture occurred in the Southern District of Texas, the property was found and is located in the Southern District of Texas, and this forfeiture action accrued in the Southern District of Texas.

*Basis for Forfeiture*

5. The Defendant in rem is subject to forfeiture pursuant to 31 U.S.C. § 5317(c)(2) which provides that any property involved in violations of 31 U.S.C. §§ 5316 and 5324(c) may be forfeited to the United States. Under 31 U.S.C. § 5316(a)(1)(A), a person shall file a report when the person knowingly transports, is about to transport, or has transported a monetary instrument of more than $10,000 out of the United States. Under 31 U.S.C. § 5324(c)(1) no person shall, for the purpose of evading the reporting requirements of section 5316, fail to file a report required by section 5316. United States currency is a monetary instrument under 31 U.S.C. §5312(a)(3)(A).

*Facts*

6. On February 27, 2010, Mehwish Adhi was about to leave the United

States aboard Emirates airlines flight number 212, to Dubai with Pakistan as her final destination, at the George Bush Intercontinental Airport in Houston, Texas. On the jetway, a United States Customs and Border Protection Officer (CBP Officer) conducted a Customs outbound inspection. The CBP Officer asked Ms. Adhi if she was transporting more than $10,000 in cash or monetary instruments for herself or others. She stated verbally and in writing that she was carrying only $7,500.

7. As part of a currency verification procedure, CBP Officer found that she was carrying $14,817.00. In an interview with Special Agent Deanna Overholt, United States Immigration and Customs Enforcement, Ms. Adhi stated that she was in fact carrying $14,817 even though she only declared that she was transporting $7,500.00. The $14,817 was seized by CBP Officials.

*Relief Requested*

8. Plaintiff requests

    a. an arrest warrant and summons, citing all persons having an interest in the Defendant property to appear on the return day of process by filing a claim and answer pursuant to Rule G(5), Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, or as ordered by this Court,

  b. a judgment of forfeiture, and

  c. costs and other relief to which the Plaintiff may be entitled.

Dated: March 23, 2010.

          Respectfully submitted,

          José Angel Moreno
          United States Attorney

          By: <u>/s/ Albert Ratliff</u>
          Albert Ratliff
          Attorney-in-Charge
          NY Bar No. 1073907
          SDTX Bar No. 6764
          Assistant United States Attorney
          United States Attorney's Office
          P. O. Box 61129, Houston, Texas  77208
          E-mail albert.ratliff@usdoj.gov
          Office (713) 567-9579, Fax (713) 718-3300

VERIFICATION

 I, Deanna Overholt, Senior Special Agent, United States Immigration and Customs Enforcement, declare under penalty of perjury as provided by 28 U.S.C. §1746 that I have read this Verified Complaint for Forfeiture in Rem, and the facts stated in this complaint are true and correct to the best of my knowledge and belief.

Executed on March 23, 2010.

          *[signature]*
          Deanna Overholt, Senior Special Agent
          U. S. Immigration and Customs Enforcement