IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| Plaintiff, | § | |
| v. | § | CIVIL NO. H-10-968 |
| $14,817.00 IN CURRENCY | § | |
| Defendant. | § | |

### NOTICE OF FILING DECLARATION OF PUBLICATION

The United States of America files proof of notice by publication of this forfeiture action.

Respectfully submitted,

José Angel Moreno
United States Attorney

By::  /s/ Albert Ratliff
Albert Ratliff
Assistant United States Attorney
Attorney-in-Charge
NY Bar No. 1073907
SDTX Bar No. 6764
United States Attorney's Office
P. O. Box 61129
Houston, Texas  77208
Office (713) 567-9579
Fax (713) 718-3300